UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA (Sacramento)

| | |
|---|---|
| TONY CAMPBELL,<br><br>    Plaintiff - Appellant,<br>v.<br><br>E. BORBA,<br><br>    Defendant - Appellee. | No.  05-16587<br>D.C. No.  CV-05-00452-<br>LKK/DAD<br><br>**FILED**<br><br>ORDER     OCT 21 2005<br><br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY_____<br>     DEPUTY CLERK |

This appeal has been taken in good faith  [ ]

This appeal is not taken in good faith   [X]

Explanation: _The regulation precludes this suit - Plaintiffs suit is premised on a misreading of the pertinent reg_

_____
Judge
United States District Court

Date: 10/20/05